IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                   No. CIV S-06-1238 FCD GGH P

    vs.

J. FLINT, et al.,

    Defendants.              <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of August 29, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's September 19, 2006 motion for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED:  9/25/06

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:bb
will1238.36