IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

        Plaintiff,                     No. CIV S-06-1238 FCD GGH P

    vs.

J. FLINT, et al.,

        Defendants.

_____/       ORDER

        Plaintiff is a state prisoner proceeding pro se. On October 5, 2006, plaintiff filed a motion for leave to file an amended complaint. The court construes the motion as an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. Because defendants Holmes, Flint, Blackburn, Ybarra and Cervantes have already appeared in this action, they are ordered to file a response. The court will order service of the remaining defendants.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 5, 2006, motion for leave to amend is construed as an amended complaint;

1

2. Within twenty days of the date of this order, defendants Holmes, Flint, Blackburn, Ybarra and Cervantes shall file a response to the amended complaint;

3. Service is appropriate for the following defendants: Kernan, Malei, Hill, Leiser, O'Brien, Mayfield, Smith.

4. The Clerk of the Court shall send plaintiff 7 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed October 5, 2006.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Eight copies of the endorsed amended complaint filed October 5, 2006.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 11/15/06                                      /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

ggh:kj
will1238.ser

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

      Plaintiff,                      No. CIV S-06-1238 FCD GGH P

    vs.

J. FLINT, et al.,                    NOTICE OF SUBMISSION

      Defendants.                OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ completed summons form

      ____ completed USM-285 forms

      ____ copies of the _____
                             Complaint/Amended Complaint

DATED:

                                     _____
                                     Plaintiff