IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                    No. CIV S-06-1238 FCD GGH P

   vs.

J. FLINT, et al.,

    Defendant.                <u>ORDER</u>

_____/

       On September 21, 2006, plaintiff filed a motion for injunctive relief claiming that defendant Holmes ordered his transfer from C facility to B facility in retaliation for his filing of this lawsuit.

       Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order defendants shall file a response to plaintiff's September 21, 2006, motion for injunctive relief.

DATED:  12/12/06

                                 /s/ Gregory G. Hollows

                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

will1238.fb

1