IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                  No. CIV S-06-1238 FCD GGH P

   vs.

LIEUTENANT J. FLIINT, et al.,

    Defendants.              ORDER

_____/

       Defendants have moved for a fifteen day extension of time to and including January 17, 2007, to respond to plaintiff's motion for a preliminary injunction filed September 21, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendants' request for extension of time is granted;

       2. Defendants' response to plaintiff's motion for a preliminary injunction is due on or before January 17, 2007.

DATED: 1/17/07

                                 /s/ Gregory G. Hollows

                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

will1238.eot

1