IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                               No. CIV S-06-1238 FCD GGH P

    vs.

LIEUTENANT J. FLIINT, et al.,

    Defendants.                  ORDER

_____/

       On January 5, 2007, plaintiff filed a request to serve interrogatories on third parties and for permission to communicate with incarcerated inmate witnesses.

       Plaintiff does not allege that he has sought permission from prison officials to communicate with his inmate witnesses. Nor does plaintiff describe what information these inmates witnesses will provide. Accordingly, the court finds that the request to communicate with inmate witnesses is not well supported.

       Plaintiff seeks permission to serve interrogatories on two non-parties, Dr. Botello and Dr. Gruti. Plaintiff may conduct depositions upon written questions on non-parties. See Fed. R. Civ. P. 30, 31. However, before the court will authorize this procedure, plaintiff must provide detailed information regarding the information he seeks to obtain from these persons.

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's January 5, 2007, request
2 to communicate with inmate witnesses and to serve non-parties with interrogatories is denied.
3 DATED: 1/17/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

will1238.ord