IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

      Plaintiff,                              No. CIV S-06-1238 FCD GGH P

    vs.

LIEUTENANT J. FLINT, et al.,

      Defendants.                       <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a reply to the defendants' opposition to the plaintiff's motion for a preliminary injunction. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 31, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted twenty days from the date of this order in which to file a reply to the defendants' opposition to the plaintiff's motion for a preliminary injunction.

DATED: 2/7/07

                                              /s/ Gregory G. Hollows
                                              _____
                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:bb
will1238.36