IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN WESLEY WILLIAMS,** | No. 2:06-CV-01238-FCD-GGH (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **LIEUTENANT J. FLINT, et al.,** | |
| Defendants. | |

Defendant Flint has requested a 15-day extension of time to and including March 7, 2007, to file his responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents. The Court finds good cause and orders as follows:

1. Defendant Flint's request for an extension of time is granted;

2. Defendant Flint shall serve his responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents on or before March 7, 2007.

DATED: 2/28/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

will1238.eot(dis)

1