IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                          No. CIV S-06-1238 FCD GGH P

    vs.

LIEUTENANT J. FLINT, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed an application for an order to be provided with additional law library access. Plaintiff alleges that he cannot effectively litigate this action without more time in the law library.

        The court observes that in January 2007 plaintiff filed several pleadings with the court including a request to communicate with incarcerated witnesses, an opposition to defendants' request for extension of time, a request for extension of time, and a reply to defendants' opposition to his request to communicate with third party witnesses. In February 2007 plaintiff has filed a request for appointment of a certified shorthand reporter, an emergency motion for injunctive relief and a reply to defendants' opposition to his motion for a preliminary injunction.

/////

1

1    Based on the volume and scope of plaintiff's recent filings, the court finds that
2 plaintiff's request for additional law library access is not well supported.  In addition, plaintiff
3 does not allege that he is under a present obligation to submit documents within a time certain
4 and thus has not demonstrated that his right of access to the courts is being impaired.  The court
5 will not set a deadline merely for the purpose of insuring the plaintiff additional library time.
6    Accordingly, IT IS HEREBY ORDERED that plaintiff's February 6, 2007,
7 request for additional law library access is denied.
8 DATED: 2/28/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
will1238.80

2