IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN WESLEY WILLIAMS,** | No. 2:06-cv-01238-FCD-GGH (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **LIEUTENANT J. FLINT, et al.,** | |
| Defendants. | |

Defendants have moved for a 15-day extension of time to and including April 20, 2007, to respond to plaintiff's discovery requests. The court finds good cause and orders as follows:

    1.    Defendants' request for extension of time is granted.

    2.    Defendants shall serve the following discovery responses on or before April 20, 2007:  (1) Defendant O'Brian's Response to Plaintiff's First Request for Production of Documents, (2) Defendant Malfi's Response to Plaintiff's First Request for Production of Documents, (3) Defendant Malfi's Response to Plaintiff's First Request for Admissions, and

\\\\\

\\\\\

\\\\\

1

(4) the responses of defendants Leiber, Malfi, and Mayfield to Plaintiff's First Set of Interrogatories.

**IT IS SO ORDERED.**

Dated: 4/18/07         /s/ Gregory G. Hollows
                       U.S. Magistrate Judge

will1238.eot(2)