IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                      No. CIV S-06-1238 FCD GGH P

   vs.

J. FLINT, et al.,

    Defendants.             FINDINGS & RECOMMENDATIONS

                             /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 21, 2006, plaintiff filed a motion for injunctive relief claiming that defendant Holmes ordered his transfer from C facility at California State Prison-Sacramento (CSP-Sac) to B facility at CSP-Sac in retaliation for his filing of this lawsuit.  On January 17, 2007, defendants filed a response to this motion.  On February 9, 2007, plaintiff filed another motion for injunctive relief claiming that prison officials at CSP-Sac were retaliating against him in other ways for his legal activities.

        On April 10, 2007, plaintiff filed a notice of change of address indicating that he has been transferred to California State Prison-Lancaster.  When an inmate seeks injunctive relief concerning an institution at which he is no longer incarcerated, his claims for such relief become moot.  See  Sample v. Borg, 870 F.2d 563 (9th Cir. 1989); Darring v. Kincheloe, 783 F.2d 874,

1

1  876 (9th Cir. 1986).  See also Reimers v. Oregon, 863 F.2d 630, 632 (9th Cir. 1988).  Plaintiff
2  has demonstrated no reasonable possibility that he will be incarcerated at CSP-Sac at any
3  predictable time in the future.  Accordingly, plaintiff's motions should be denied as moot.
4         IT IS HEREBY RECOMMENDED that plaintiff's motions for injunctive relief
5  filed September 21, 2006, and February 9, 2007, be denied.
6         These findings and recommendations are submitted to the United States District
7  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
8  days after being served with these findings and recommendations, any party may file written
9  objections with the court and serve a copy on all parties.  Such a document should be captioned
10 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
11 shall be served and filed within ten days after service of the objections.  The parties are advised
12 that failure to file objections within the specified time may waive the right to appeal the District
13 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
14 DATED:   5/16/07

                                            /s/ Gregory G. Hollows
                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

17 will1238.inj