IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN WESLEY WILLIAMS,**<br><br>                           Plaintiff,<br><br>       v.<br><br>**LIEUTENANT J. FLINT, et al.,**<br><br>                           Defendants. | No. 2:06-cv-01238-FCD-GGH (PC)<br><br>**ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO MOVE FOR SUMMARY JUDGMENT** |

Defendants have requested a 20-day extension of time to and including August 23, 2007, to move for summary judgment. The court finds good cause and orders as follows:

1. Defendants' request for extension of time is granted;
2. Defendants shall file their motion for summary judgment on or before August 23, 2007.

Dated: 8/8/07                                            /s/ Gregory G. Hollows
                                                         U.S. Magistrate Judge

will1238.eot(sj)

1