1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                  SACRAMENTO DIVISION

11

12   **JOHN WESLEY WILLIAMS,**                    No. 2:06-cv-01238-FCD-GGH (PC)

13                              Plaintiff,         **ORDER**

14              **v.**

15   **LIEUTENANT J. FLINT, et al.,**

16                              Defendants.

17

18              Defendants' motion for summary judgment is due on August 23, 2007.  Defendants

19   have requested a further extension of time of 10 court days, to and including September 7, 2007,

20   to file their motion.  The court finds good cause and orders as follows:

21              1.   Defendants' second request for extension of time to move for summary judgment

22   is granted;

23              2.   Defendants shall file their motion for summary judgment on or before

24   September 7, 2007.

25   Dated: 8/28/07                               /s/ Gregory G. Hollows
                                                  U.S. Magistrate Judge
26

27

28   will1238.eot(sj2)

                                                1