IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                   No. CIV S-06-1238 FCD GGH P

    vs.

LIEUTENANT J. FLINT, et al.,

    Defendants.           ORDER

_____/

    Plaintiff has requested a ten day extension of time to file an opposition to the defendants' motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's October 1, 2007 request for an extension of time is granted; and

    2. Plaintiff's opposition to defendants' summary judgment motion is due on or before October 10, 2007.

DATED: 10/11/07                      /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:bb
will1238.36sj