IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

      Plaintiff,                      No. CIV S-06-1238 FCD GGH P

      vs.

LIEUTENANT FLINT, et al.,

      Defendants.              <u>ORDER</u>

                                    /

        On May 14, 2008, defendant Jubb filed a summary judgment motion. On May 30, 2008, plaintiff filed an opposition to this motion. Plaintiff requested that the motion be denied pursuant to Fed. R. Civ. P. 56(f).

        Rule 56(f) provides that if a party opposing a summary judgment motion shows by affidavit that, for specified reasons, it cannot present facts essential to justify its opposition, the court may either deny the motion, order a continuance to enable affidavits or other discovery to be obtained, or issue any other just order.

        On June 6, 2008, defendants filed a reply to plaintiff's opposition. Defendants state that plaintiff did not provide the affidavit required by Rule 56(f) nor make a showing as to the facts he cannot present that are essential to his opposition.

/////

1

1       On June 13, 2008, plaintiff filed a request for an extension of time to file a supplemental opposition making the showing required by Rule 56(f). Good cause appearing, plaintiff is granted twenty days from the date of this order to file a supplemental opposition making the showing required by Rule 56(f).

        Accordingly, IT IS HEREBY ORDERED that plaintiff is granted twenty days from the date of this order to file a supplemental opposition to defendants' summary judgment motion; defendants may file a supplemental reply within twenty days thereafter.

DATED:  07/17/08

                                /s/ Gregory G. Hollows
                                _____
                                UNITED STATES MAGISTRATE JUDGE

will1238.eot