1
2
3
4
5
6
7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JOHN WESLEY WILLIAMS,

11            Plaintiff,                    No. CIV S-06-1238 FCD GGH P

12       vs.

13  J. FLINT, et al.,

14            Defendants.           ORDER

15  _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

            On July 22, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 22, 2008, are adopted in full; and

2. Defendants' September 7, 2007, summary judgment motion is granted.

DATED: September 10, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE