1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOHN WESLEY WILLIAMS,

11            Plaintiff,                          No. CIV S-06-1238 FCD GGH P

12        vs.

13    J. FLINT, et al.,

14            Defendants.                         ORDER

15    _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On October 29, 2008, the magistrate judge filed findings and recommendations

20    herein which were served on all parties and which contained notice to all parties that any

21    objections to the findings and recommendations were to be filed within twenty days.  Plaintiff

22    has filed objections to the findings and recommendations.

23            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24    304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25    entire file, the court finds the findings and recommendations to be supported by the record and

26    by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed October 29, 2008, are adopted in full;

3        2.  Plaintiff's retaliation claim against defendant Judd is dismissed pursuant to 28

4    U.S.C. § 1915(e)(2); and

5        3.  Defendant Judd's May 14, 2008, summary judgment motion (Docket No. 94)

6    is granted.

7    DATED: January 9, 2009.

8    _____

9    FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26